**Order entered October 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00020-CR

**STEPHEN LEN HEJNY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-58342-S**

## ORDER

The Court **REINSTATES** the appeal.

On March 26, 2013, this Court ordered the trial court to make findings regarding why appellant's brief has not been filed. When the findings were not received by June 25, 2013, the Court ordered the Honorable Andy Chatham, Presiding Judge of the 282nd Judicial District Court to conduct a hearing to determine why appellant's brief has not been filed. Although the findings were due within thirty days, to date we have not received the findings, appellant's brief, or a response to either of two letters sent to the trial court inquiring about the status of the findings. The appeal cannot proceed until the issue of appellant's brief is resolved.

Accordingly, this Court **ORDERS** the Honorable Andy Chatham, Presiding Judge of the 282nd Judicial District to conduct a hearing to determine why appellant's brief has not been

filed. In this regard, the Honorable Andy Chatham shall make appropriate findings and recommendations and determine whether appellant desires to prosecute the appeal, whether appellant is indigent, or if not indigent, whether retained counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the Honorable Andy Chatham cannot obtain appellant's presence at the hearing, the Honorable Andy Chatham shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the Honorable Andy Chatham is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the Honorable Andy Chatham to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court by **NOVEMBER 4, 2013**.

> **FAILURE OF THE HONORABLE ANDY CHATHAM, PRESIDING JUDGE OF THE 282ND JUDICIAL DISTRICT COURT, TO TRANSMIT THE SUPPLEMENTAL RECORD CONTAINING THE FINDINGS BY THE DATE HEREIN SET FORTH MAY RESULT IN THE ISSUANCE OF A SHOW CAUSE ORDER AND/OR A JUDGMENT OF CONTEMPT.**

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Andy Chatham, Presiding Judge, 282nd Judicial District Court; and to the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Stephen Hejny, TDCJ No. 01343298, Telford Unit, 3899 State Hwy 98, New Boston, Texas 75570.

This appeal is **ABATED** to allow the Honorable Andy Chatham to comply with the above order. The appeal shall be reinstated on November 4, 2013 or when the findings are

received, whichever is earlier.

/s/     LANA MYERS
            JUSTICE